**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

  An Administrative Motion to Consider Whether Cases Are Related has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case is not related, within the meaning of Civil L.R. 3-12, to the case assigned to me.

**C-99-3073 MMC**  **Universal Trading & Investment Co. v. Petro Mikolayevich Kiritchenko**

**C-06-80086 MISC CRB**  **Registration of Judgment from Another District by Universal Trading & Investment Co.**

Dated: May 9, 2006

_____
District Judge Maxine M. Chesney