IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT COMPANY, _____ / | No. C 06-80086 MISC CRB<br><br>**ORDER OF REFERRAL** |

    Judgment creditor Universal Trading & Investment Co. has filed a writ of execution to allow levy against certain bank accounts regarding a judgment from another district that was registered and docketed in another case before this court, <u>United States v. Lazarenko</u>, CR 00-0284 MMJ. It therefore appears that this action may be related to 00-0284 within the meaning of Civil Local Rule 3-12(a). Accordingly, pursuant to Local Rule 3-12(c), this action is referred to the Honorable Martin M. Jenkins to consider whether the two cases are related.

    **IT IS SO ORDERED.**

Dated: June 6, 2006

                                                       CHARLES R. BREYER
                                                     UNITED STATES DISTRICT JUDGE