United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT COMPANY, | No. C 06-MC-80086 CRB<br>**JUDGMENT** |

The Court having granted Defendants' and Real Parties in Interest's Motion for Summary Judgment, judgment is entered in favor of Defendants and against Plaintiff Universal Trading & Investment Co.

**IT IS SO ORDERED.**

Dated: July 3, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\80086misc\Judgment.wpd