IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT CO., / | No. C 06-80086 CRB<br>**ORDER DENYING MOTION TO ALTER JUDGMENT** |

Universal Trading & Investment Co. ("UTICo") moves to alter the Court's summary judgment ruling pursuant to Federal Rule of Civil Procedure 54(b), arguing that the Court should revise its entry of partial judgment because of newly-discovered evidence. The motion is based on the faulty premise that the Court's summary judgment order was only partial. To the contrary, the Court's summary judgment order resolved all issues raised in UTICo's Application for Writ of Execution.

///

1  UTICo may proceed in a number of ways, including by filing a motion under Rule 60
2 or a complaint in a newly-filed action. But because a final judgment has already been
3 entered in this case, Rule 54(b) is of no avail. <u>See</u> Local Rule 7-9(a) (providing that a party
4 may seek leave to file a motion for reconsideration "[b]efore the entry of a judgment
5 adjudicating all of the claims and the rights and liabilities of all the parties in a case")
6 (emphasis added). Accordingly, the motion to alter the Court's summary judgment ruling is
7 DENIED.

**IT IS SO ORDERED.**



Dated: July 23, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\80086misc\Order Denying Motion to Alter.wpd      2