1  ASPELIN & BRIDGMAN, LLP
2  JOHN ASPELIN, ESQ. S.B. #56477
   220 Montgomery Street, Suite 1009
3  San Francisco, California, 94104
   OFC: (415) 296-9812
4  FAX: (415) 296-9814

5
   Attorneys for Judgment Creditor
6  UNIVERSAL TRADING & INVESTMENT Co.

7

8                    UNITED STATES DISTRICT COURT
9
           FOR NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)
10

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT COMPANY,<br><br>Judgment Creditor<br><br>REGISTERED JUDGMENT FROM ANOTHER DISTRICT | Docket No. 08cv3632-CRB<br>Docket No. 06mc80086-CRB<br><br>~~(PROPOSED)~~ STIPULATION |
| UNIVERSAL TRADING & INVESTMENT Co.,<br><br>Plaintiff and Judgment Creditor<br><br>v.<br><br>DUGSBERY, INC.;<br>PAVLO I. LAZARENKO;<br>LADY LAKE INVESTMENT, CORP.;<br>ORBY INTERNATIONAL, LTD.;<br>UNITED ENERGY SYSTEMS OF UKRAINE, PFG;<br>TRUSTEES FOR PAVLO I. LAZARENKO, and DOES from 1 to 100,<br><br>Defendants | Date: October 10, 2008<br>Time: 10:00 A.M.<br>Court: 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

---

(Proposed) Stipulation on Rescheduling Hearings, 06mc80086, 08cv3632CRB                     1

1  Due to a calendar conflict on Oct. 10, 2008, (plaintiff's counsel is scheduled to appear in San Jose at 9:00 am on Oct. 10), the undersigned counsel, on behalf of their respective clients who have appeared in this action, stipulate, subject to the Court's approval, to reschedule the hearings in the above cited related cases, (Docket No. 08cv3632-CRB and Docket No. 06mc80086-CRB) currently scheduled for October 10, to October 24, 2008.

Attorneys for Plaintiff:

Dated: September 19, 2008

ASPELIN & BRIDGMAN LLP

*/s/ John H. Aspelin*

John H. Aspelin, Attorneys for Judgment Creditor
Universal Trading & Investment Co

Attorneys for two Defendants
Dated: September 22, 2008

WEINBERG WILDER LLP

*/s/ Doron Weinberg*

Doron Weinberg, Attorneys for Defendants
Pavlo Lazarenko and Dugsbery Inc.

---

(Proposed) Stipulation on Rescheduling Hearings, 06mc80086, 08cv3632CRB    2

1  The Parties having stipulated to rescheduling the motions in Docket No. 08cv3632-CRB
2  and Docket No. 06mc80086-CRB to October 24, 2008, at ~~10:00 A.M.~~, 2:00 P.M.
3  IT IS SO ORDERED.

Signed: September 22, 2008

Charles R. Breyer, U.S. District Judge



(Proposed) Stipulation on Rescheduling Hearings, 06mc80086, 08cv3632CRB        3